1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant
   RICARDO RAMIREZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00897-LHK |
| Plaintiff, | **[**~~PROPOSED~~**] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RICARDO RAMIREZ-RAMIREZ, | |
| Defendant. | |

1. On December 8, 2010, Mr. Ramirez was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for December 12, 2012, at 9:00 a.m.

3. Mr. Ramirez needs time to review and discuss with counsel the discovery that the United States has recently provided, in addition to contemplating motions that would be filed in the event that the case is not resolved by a change of plea.  Counsel also needs time to continue discussions with the government regarding possible disposition of the matter.

//

1  4. The status hearing in this matter shall be continued from December 6, 2012, at 9:00
2  a.m., to January 9, 2012, at 9:00 a.m.
3  IT IS SO ORDERED.

Dated: 12/11/12

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

STIPULATION TO CONTINUE HEARING;
[~~PROPOSED~~] ORDER
NO. CR 10-00897-LHK                     4