MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5589
   Facsimile:  (408) 535-5066
   Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-897 LHK |
| Plaintiff, | STIPULATION AND **[PROPOSED]** ORDER RESCHEDULING HEARING DATE |
| v. | |
| RICARDO RAMIREZ-RAMIREZ, | |
| Defendant. | |

## STIPULATION

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Ricardo Ramirez-Ramirez, by and through Assistant Federal Public Defender Robert M. Carlin, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for Wednesday, February 20, 2013, at 9:00 a.m., be vacated and rescheduled for Wednesday, February 27, 2013, at 9:00 a.m.

On January 30, 2013, pursuant to a binding plea agreement under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the defendant entered a plea of guilty to the one-count

1

Indictment charging him with Illegal Reentry.  The Court noted its acceptance of the proposed sentence set forth in the plea agreement and was prepared to go forward with immediate sentencing, but agreed to postpone doing so in order to allow defense counsel time to resolve some matters which may impact the defendant's placement within the Bureau of Prisons.  Government counsel, however, will be out of town on the currently scheduled date of February 20, 2013, and therefore requests that the matter be rescheduled to February 27, 2013.  Defense counsel could use the additional time to resolve the issues related to the defendant's placement and, therefore, has no objection to the requested continuance.

Dated: February 11, 2013                    /s/
                                            MEREDITH J. EDWARDS
                                            Special Assistant United States Attorney

Dated: February 11, 2013                    /s/
                                            ROBERT M. CARLIN
                                            Assistant Federal Public Defender

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the sentencing hearing in this case, previously scheduled for February 20, 2013, at 9:00 a.m., be vacated and rescheduled for February 27, 2013, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 2/12/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge