```
1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  RICARDO RAMIREZ-RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00897-LHK |
| Plaintiff, | [~~PROPOSED~~] **ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| RICARDO RAMIREZ-RAMIREZ, | |
| Defendant. | |

1. On December 22, 2011, Mr. Ramirez was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. Following plea negotiations with the United States, on January 30, 2013, Mr. Ramirez changed his plea to guilty before this Honorable Court. The sentencing hearing is currently scheduled for May 8, 2013.

3. Mr. Ramirez is on supervised release in the Eastern District of California ("E.D. Cal."), case number 1:02CR05460, and the United States Probation Office ("Probation") in that district has filed a petition to violate his supervised release. Counsel has contacted both the United States Attorney's Office and Probation in the E.D. Cal., and they have confirmed that they

are willing to transfer jurisdiction of the petition to this Honorable Court, so that it can be adjudicated simultaneously with the sentencing hearing in the instant matter.  Counsel has been advised by Probation in San Jose that the process should soon be completed, but it will not be in time for the currently scheduled sentencing date.

4.  For the above stated reasons, the sentencing hearing shall be continued to June 12, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 5/6/13

_____
HON. LUCY A. KOH
United States District Judge